UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-00083-1-JRG-CRW |
| | ) | |
| SHEA CHAPMAN | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 49], in which Judge Wyrick recommends the Court, by agreement of the parties, grant Defendant Shea Chapman's Motion to Suppress: Illegal Search and Seizure [Doc. 32] as to the statements Mr. Chapman made in Trooper Barner's patrol car prior to being Mirandized and deny the motion in all other respects. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Mr. Chapman's Motion to Suppress: Illegal Search and Seizure [Doc. 32] is **GRANTED** as to the statements he made in Trooper Barner's patrol car prior to being Mirandized and **DENIED** in all other respects.

So ordered.

ENTER.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE